**No. 11-435. Eugene Davis, Petitioner v. United States.**

565 U.S. 1015, 132 S. Ct. 566, 181 L. Ed. 2d 398, 2011 U.S. LEXIS 8021.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 414 Fed. Appx. 891.